IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MYRON S. JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-251-TMH |
| | ) WO |
| RICHARD JAMIESON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. # 6) to the Recommendation of the Magistrate Judge filed on April 20, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3 ) filed on March 27, 2009 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this ___24th___ day of April, 2009.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE